UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THEODORE STEVENS,

Plaintiff,

v.

JAMES DZURENDA, *et al.*,

Defendants.

Case No. 3:25-cv-00546-MMD-CLB

ORDER

*Pro se* Plaintiff Theodore Stevens, who is incarcerated in the custody of the Nevada Department of Corrections, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1("Complaint")), paid the full filing fee (ECF No. 8), and has filed multiple supplements to his Complaint (ECF Nos. 6, 7, 9, 11, 16, 17, 20, 21, 23, 24, 25, 28, 29, 30, 31, 32, 33, 35, 36, 38, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 55, 57).

With respect to Plaintiff's supplements, the Court will not piecemeal Plaintiff's Complaint together. Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. The Court grants Plaintiff leave to file a first amended complaint.

If Plaintiff chooses to file a first amended complaint he is advised that a first amended complaint supersedes (replaces) the original complaint and, thus, the first amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's first amended

complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Additionally, Plaintiff's first amended complaint must comply with the Federal Rules of Civil Procedure and District of Nevada's General Order 2021-05. Moreover, Plaintiff must file the first amended complaint on thE Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."

It is therefore ordered that if Plaintiff chooses to file a first amended complaint, Plaintiff will file the first amended complaint within 30 days from the date of entry of this order. If Plaintiff chooses to file a first amended complaint, he must use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that the Clerk of the Court kindly send Plaintiff: (a) the approved form for filing a § 1983 complaint and instructions for the same, and (b) a copy of the District of Nevada's General Order 2021-05.

It is further ordered that, if Plaintiff does not timely file a first amended complaint, the Court will screen the original complaint (ECF No. 1-1) only and strike all other supplements (ECF Nos. 6, 7, 9, 11, 16, 17, 20, 21, 23, 24, 25, 28, 29, 30, 31, 32, 33, 35, 36, 38, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 55, 57) from the docket.

DATED THIS 4th Day of August, 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE